UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BLOC DISPENSARY, LLC

*Plaintiff*

v.

TIMOTHY BOSSIDY

*Defendant*

Civil Action No. 3:25-cv-01725

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Bloc Dispensary, LLC, is a non-governmental corporation and that:

[✓] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

JG HoldCo LLC

**OR**

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Signature of Attorney

789 Farnsworth Ave.
Address

Bordentown, NJ 08505
City/State/Zip

3/16/25
Date

DNJ-CMECF-005 (12/1/2022)