UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BLOC DISPENSARY, LLC

Plaintiff(s),

v.

TIMOTHY BOSSIDY

Defendant(s).

Civil No. 3:25-cv-01725

DISCLOSURE STATEMENT[1] PURSUANT TO FED. R. CIV. P. 7.1(a)(2)

| Party | Type | State(s) of Citizenship |
|---|---|---|
| Bloc Dispensary, LLC | ☐ Individual[2]<br>☑ Corporation[3]<br>☐ Partnership[4]<br>☐ Limited Liability Company[5]<br>☐ Other | New Jersey |
| Timothy Bossidy | ☑ Individual<br>☐ Corporation<br>☐ Partnership<br>☐ Limited Liability Company<br>☐ Other | Florida |
|  | ☐ Individual<br>☐ Corporation<br>☐ Partnership<br>☐ Limited Liability Company<br>☐ Other |  |

In cases where one or more parties are partnerships or LLCs, list all partners or members and their citizenship. This space should also be used where there are more than three parties. Additional sheets may be added as needed.

See additional sheet attached hereto

Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I certify that the foregoing is true and correct.

_[signature]_                                                           Date: 3-25-25

---

¹ This statement shall be filed by each party.

² 28 U.S.C. § 1332(a)(1); *McNair v. Synapse Grp. Inc.*, 672 F.3d 213, 219 n.4 (3d Cir. 2012) (citing *Krasnov v. Dinan*, 465 F.2d 1298, 1300 (3d Cir. 1972) ("[M]ere residency in a state is insufficient for purposes of diversity [of citizenship].")). The natural person must be domiciled in the state and a citizen of that state. *See Gilbert v. David*, 235 U.S. 561 (1915); *Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99 (3d Cir. 2015).

³ 28 U.S.C. § 1332(c)(1) ("[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . ."); *Hertz Corp. v. Friend*, 559 U.S. 77 (2010); *S. Freedman & Co., v. Raab*, 180 F. App'x 316, 320 (3d Cir. 2006) (explaining that "'[i]n order to adequately establish diversity jurisdiction, a complaint must set forth with specificity a corporate party's state of incorporation and its principal place of business,'" and affirming dismissal of complaint alleging that corporation maintained "a principal place of business," rather than "its principal place of business" (quoting *Joiner v. Diamond M Drilling Co.*, 677 F.2d 1035, 1039 (5th Cir. 1982))). The parties are directed to list the state of incorporation and principal place of business of the corporation.

⁴ A partnership, as an unincorporated entity, takes on the citizenship of each of its partners. *Zambelli Fireworks MFG. Co. v. Wood*, 592 F.3d 412, 419 (3d Cir. 2010) (citation omitted). The parties are directed to list each partner and its citizenship.

⁵ The citizenship of an LLC is determined by the citizenship of each of its members. *See Carden v. Arkoma Assocs.*, 494 U.S. 185 (1990); *Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99, 105 (3d Cir. 2015). The parties are directed to list each member and its citizenship. If any member is itself a partnership, limited liability company, or other unincorporated association, its partners or members and their citizenship must be set forth separately. *See Zambelli Fireworks MFG. Co. v. Wood*, 592 F.3d 412, 420 (3d Cir. 2010) ("And as with partnerships, where an LLC has, as one of its members, another LLC, the citizenship of unincorporated associations must be traced through however many layers of partners or members there may be to determine the citizenship of the LLC.")

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BLOC DISPENSARY LLC,  )
a New Jersey limited liability company, )
)
) No: 3:25-cv-01725
Plaintiff, )
)
v. )
)
TIMOTHY BOSSIDY, an individual, )
)
Defendant. )

# DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)(2)
## *ADDITIONAL PAGES*

*Partners/Members of BLOC Dispensary LLC are listed below, with Partners/Members of each LLC listed immediately following (citizenship in parenthesis):*

JG HoldCo LLC (Illinois): Michael Kanovitz (Illinois), Jon Loevy (Illinois), Danielle Loevy (Illinois)

NJ JG Investment I, LLC (New Jersey): Jay Chavda (California)

Double Up LLC (New Jersey): Todd Johnson (New Jersey)

Rookie Deal LLC (New Jersey): Amani Toomer (New Jersey)

Andrew Kofsky (New Jersey)

Robert W. Mauriello, Jr. (New Jersey)

Robert A. Magnanini (New Jersey)