## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY, an individual,<br><br>Defendant. | Civil Action No. 3:25-cv-1725-ZHQ-JBD<br><br>Hon. Zahid N. Quraishi |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Diane Sullivan of Weil, Gotshal & Manges LLP, who is admitted to practice before this Court, hereby enters an appearance on behalf of Defendant Timothy Bossidy in the above-captioned matter.

DATED: May 12, 2025

Respectfully submitted,

*/s/ Diane P. Sullivan*
Diane P. Sullivan (Bar No. 025261987)
**WEIL, GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201
Princeton, New Jersey
Telephone: (609) 986-1120
Fax: (609) 986-1199
diane.sullivan@weil.com

*Counsel for Defendant Timothy Bossidy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2025, I caused a copy of the foregoing Notice of Appearance to be electronically filed with the U.S. District Court for the District of New Jersey, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

DATED:  May 12, 2025

Respectfully submitted,

*/s/ Diane P. Sullivan*
Diane P. Sullivan
**WEIL, GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201
Princeton, New Jersey
Telephone: (609) 986-1120
Fax: (609) 986-1199
diane.sullivan@weil.com

*Counsel for Defendant Timothy Bossidy*