# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY, an individual,<br><br>Defendant. | Civil Action No. 3:25-cv-1725-ZHQ-JBD<br><br>Hon. Zahid N. Quraishi<br><br>**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION**<br><br>Motion Date: June 16, 2025 |

## NOTICE OF MOTION FOR AN ORDER ADMITTING CAROLINE H. ZALKA *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the accompanying Certification of Diane P. Sullivan and the Certified Statement of Caroline H. Zalka, the undersigned will move before this Court on June 16, 2025, or as soon as counsel may be heard for entry of an Order pursuant to Local Civil Rule 101.1(c) admitting Caroline H. Zalka to appear *pro hac vice* in the above-captioned matter on behalf of Defendant Timothy Bossidy.

DATED: May 12, 2025

Respectfully submitted,

*/s/ Diane P. Sullivan*
Diane P. Sullivan (Bar No. 025261987)
**WEIL, GOTSHAL & MANGES LLP**

17 Hulfish Street, Suite 201
Princeton, New Jersey
Telephone: (609) 986-1120
Fax: (609) 986-1199
diane.sullivan@weil.com

*Counsel for Defendant Timothy Bossidy*