# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY, an individual,<br><br>Defendant. | Civil Action No. 3:25-cv-1725-ZHQ-JBD<br><br>Hon. Zahid N. Quraishi<br><br>**CERTIFICATION OF DIANE P. SULLIVAN IN SUPPORT OF THE *PRO HAC VICE* ADMISSION OF CAROLINE H. ZALKA, ESQ.** |

I, DIANE P. SULLIVAN, HEREBY CERTIFY AS FOLLOWS:

1. I am a Partner in the law firm of Weil, Gotshal & Manges LLP, counsel for Defendant Timothy Bossidy. Pursuant to Local Civil Rule 101.1(c), I submit this Certification in support of Caroline H. Zalka's request to appear and participate in this matter *pro hac vice*.

2. I maintain a bona fide office at 17 Hulfish Street, Suite 201, Princeton, New Jersey 08542.

3. My office telephone number is (609) 986-1120.

4. I am a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  If the Court grants the above-referenced motion for *pro hac vice* admission, either I or another attorney at Weil, Gotshal & Manges LLP, who is an attorney at law of this Court will continue to serve as local counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be responsible for the conduct of this action and for the conduct of the attorneys admitted *pro hac vice*, and will otherwise comply with all of the terms and conditions of Local Civil Rule 101.1(c).

6.  It is respectfully requested that this Court enter the order admitting Caroline H. Zalka, Esq. *pro hac vice* in this matter.

I hereby certify under penalty of perjury that the foregoing statements are true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED: May 12, 2025

Respectfully submitted,

/s/ Diane P. Sullivan
Diane P. Sullivan (Bar No. 025261987)
**WEIL, GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201
Princeton, New Jersey
Telephone: (609) 986-1120
Fax: (609) 986-1199
diane.sullivan@weil.com

*Counsel for Defendant Timothy Bossidy*