UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY, an individual,<br><br>Defendant. | Civil Action No. 3:25-cv-1725-ZHQ-JBD<br><br>Hon. Zahid N. Quraishi<br><br>**CERTIFIED STATEMENT OF CAROLINE H. ZALKA IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, CAROLINE H. ZALKA, of full age, hereby certify as follows:

1. I submit this Certified Statement in further support of the application for my admission to the United States District Court for the District of New Jersey *pro hac vice* for purposes of this pending action before the Court.

2. I am a partner in the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153.

3. I was admitted to practice before the Bar of the State of New York on October 4, 2004, in the Supreme Court of the State of New York, Appellate Division, First Department.

4. The office maintaining the roll of this membership is: Clerk of the Supreme Court of the State of New York, Appellate Division, First Department, 27 Madison Avenue, New York, NY 10010.

5. I was admitted to practice before the United States District Court for the Southern District of New York on November 22, 2005.

6. The office maintaining the roll of this membership is: Clerk of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007.

7. I was admitted to practice before the United States District Court for the Eastern District of New York on February 17, 2006.

8. The office maintaining the roll of this membership is: Clerk of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201.

9. I was admitted to practice before the United States District Court for the District of Colorado on April 20, 2013.

10. The office maintaining the roll of this membership is: Clerk of the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.

11. I was admitted to practice before the United States Court of Appeals for the Second Circuit on October 14, 2014.

12. The office maintaining the roll of this membership is: Clerk of the United States Court of Appeals for the Second Circuit, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

13. I was admitted to practice before the United States Court of Appeals for the Tenth Circuit on November 13, 2015.

14. The office maintaining the roll of this membership is: Clerk of the Court of the United States Court of Appeals for the Tenth Circuit, Byron White U.S. Courthouse, 1823 Stout Street, Denver, Colorado 80257.

15. I am a member in good standing in each of the aforementioned jurisdictions in which I am admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been subject to attorney discipline.

I hereby certify that the foregoing is true and correct.

Dated: May 12, 2025

Respectfully submitted,

Caroline Hickey Zalka
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
caroline.zalka@weil.com

*Counsel for Defendant Timothy Bossidy*