UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY BOSSIDY, an individual, <br><br> Defendant. | Civil Action No. 3:25-cv-1725-ZHQ-JBD <br><br> Hon. Zahid N. Quraishi <br><br> **STATEMENT IN LIEU OF BRIEF PURSUANT TO CIVIL RULE 7.1(D)(4)** |

Pursuant to Local Civil Rule 7.1(d)(4), Defendant Timothy Bossidy submits this statement in lieu of a submission of a formal brief. It is respectfully submitted that no brief in support of this motion is necessary because admission under Local Civil Rule 101.1(c) is a matter within the sound discretion of the Court.

DATED: May 12, 2025

Respectfully submitted,

*/s/ Diane P. Sullivan*
Diane P. Sullivan (Bar No. 025261987)
**WEIL, GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201
Princeton, New Jersey
Telephone: (609) 986-1120
Fax: (609) 986-1199
diane.sullivan@weil.com

*Counsel for Defendant Timothy Bossidy*