# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY, an individual,<br><br>Defendant. | Civil Action No. 3:25-cv-1725-ZHQ-JBD<br><br>Hon. Zahid N. Quraishi |

## [PROPOSED] ORDER ADMITTING CAROLINE H. ZALKA *PRO HAC VICE*

**THIS MATTER** having been brought before the Court by Defendant Timothy Bossidy, through his attorneys at Weil, Gotshal & Manges LLP, upon applications for admission of Caroline H. Zalka, Esq. of Weil, Gotshal & Manges LLP *pro hac vice* pursuant to Local Rule 101.1(c), and the Court having considered this matter and good cause shown;

**IT IS ON THIS** _____ day of _____, 2025

**ORDERED** that the application for *pro hac vice* admission of Caroline H. Zalka is granted; and

**IT IS FURTHER ORDERED** that Caroline H. Zalka shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting her standing at the bar of any court;

**IT IS FURTHER ORDERED** that Diane P. Sullivan or another attorney at Weil, Gotshal & Manges LLP who is an attorney at law of this Court shall (a) be attorney of record in this case in accordance with Local Civil R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm to sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that Caroline H. Zalka shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2(a), for each year in which she represents the client in this matter; and

**IT IS FURTHER ORDERED** that Caroline H. Zalka shall pay $250.00 to the Clerk of the Court, pursuant to Local Civil Rule 101.1(c)(3).

_____
HONORABLE ZAHID N. QURAISHI,
United States District Judge