## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLOC DISPENSARY LLC, a New Jersey limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY, an individual,<br><br>Defendant. | Civil Action No. 3:25-cv-01725-ZHQ-JBD |

## **CERTIFICATE OF SERVICE**

I, DIANE P. SULLIVAN, OF FULL AGE, HEREBY CERTIFY AS FOLLOWS:

1. I am an attorney-at-law in the State of New Jersey and a Partner of the law firm of Weil, Gotshal & Manges LLP, counsel for Defendant Timothy Bossidy.

2. On May 12, 2025, I caused to be filed via ECF with the Clerk for the District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, the following documents:

   a. Notice of Motion for an Order Admitting Caroline H. Zalka *Pro Hac Vice*;

   b. Certified Statement of Caroline H. Zalka In Support of Application for Admission *Pro Hac Vice*;

  c.  Certification of Diane P. Sullivan In Support of the *Pro Hac Vice* Admission of Caroline H. Zalka;

  d.  Statement in Lieu of Brief Pursuant to Civil Rule 7.1(D)(4)

  e.  Proposed Order Admitting Caroline H. Zalka *Pro Hac Vice;*

  3.  On May 12, 2025, copies of the aforementioned documents were served upon all counsel of record via ECF.

I hereby certify under penalty of perjury that the foregoing statements are true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: May 12, 2025        Respectfully submitted,

                */s/ Diane P. Sullivan*
                Diane P. Sullivan (Bar No. 025261987)
                **WEIL, GOTSHAL & MANGES LLP**
                17 Hulfish Street, Suite 201
                Princeton, New Jersey
                Telephone: (609) 986-1120
                Fax: (609) 986-1199
                diane.sullivan@weil.com

                *Counsel for Defendant Timothy Bossidy*