# U.S. District Court
# District of New Jersey [LIVE] (Trenton)
# CIVIL DOCKET FOR CASE #: 3:25–cv–01725–ZNQ–JBD

| | |
|---|---|
| BLOC DISPENSARY LLC v. BOSSIDY<br>Assigned to: Judge Zahid N. Quraishi<br>Referred to: Magistrate Judge J. Brendan Day<br>Related Case: 3:25–cv–02789–ZNQ–JBD<br>Cause: 28:1332 Diversity–Breach of Fiduciary Duty | Date Filed: 03/07/2025<br>Date Terminated: 07/01/2025<br>Jury Demand: Plaintiff<br>Nature of Suit: 190 Contract: Other<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **BLOC DISPENSARY LLC**<br>*a New Jersey limited liability company* | represented by | **MATTHEW ROYE LITT**<br>LITT LAW<br>789 FARNSWORTH AVENUE<br>BORDENTOWN, NJ 08505<br>908–902–7071<br>Email: MLitt@LittLaw.Net<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **TIMOTHY BOSSIDY**<br>*an individual* | represented by | **DIANE P. SULLIVAN**<br>WEIL GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>609–986–1120<br>Fax: 212–310–8007<br>Email: diane.sullivan@weil.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2025 | Ï 1 | COMPLAINT against TIMOTHY BOSSIDY ( Filing and Admin fee $ 405 receipt number ANJDC–16072873) with JURY DEMAND, filed by BLOC DISPENSARY LLC.(LITT, MATTHEW) (Entered: 03/07/2025) |
| 03/07/2025 | Ï | CLERK'S QUALITY CONTROL MESSAGE – The case you electronically filed did not include a Civil Cover Sheet (JS–44), which is required to be submitted along with the initial pleading, as indicated in the Attorney Case Opening Guide. Please complete and file a Civil Cover Sheet using the event Exhibit (to Document) found under Civil/Other Filings/Other Documents. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (jjc, ) (Entered: 03/07/2025) |
| 03/07/2025 | Ï | CLERK'S QUALITY CONTROL MESSAGE – Please be advised, pursuant to Fed. R. Civ. P. 7.1, a disclosure statement is required to be filed by a nongovernmental corporate party or intervenor. Please refer to the Court's website at www.njd.uscourts.gov for a form and filing instructions. (jjc, ) (Entered: 03/07/2025) |

| | | |
|---|---|---|
| 03/07/2025 | Ï | CLERK'S QUALITY CONTROL MESSAGE – Please be advised, pursuant to Fed. R. Civ. P. 7.1(a)(2), unless the Court orders otherwise, in any action filed or removed to this Court, in which jurisdiction is based upon diversity under 28 U.S.C. 1332(a), a party or intervenor must file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. A party, intervenor or proposed intervenor must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the Court. Click here to complete the Diversity Disclosure Statement, once complete, file it using the event Diversity Disclosure Statement. (jjc, ) (Entered: 03/07/2025) |
| 03/07/2025 | Ï | CLERK'S QUALITY CONTROL MESSAGE – The case you electronically filed has been processed, however, the following deficiencies were found: This complaint has previously been opened as 3:25−cv−1700. In the event an error is made during the case opening process please call (609)989−2065 or refer to the Attorney Case Opening guide for assistance. **DO NOT** create a new case . The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (jjc, ) (Entered: 03/07/2025) |
| 03/07/2025 | Ï 2 | Exhibit to QC – Civil Cover Sheet JS44,, by BLOC DISPENSARY LLC. (LITT, MATTHEW) (Entered: 03/07/2025) |
| 03/07/2025 | Ï | Judge Zahid N. Quraishi and Magistrate Judge J. Brendan Day added. (dmr3) (Entered: 03/10/2025) |
| 03/10/2025 | Ï 3 | SUMMONS ISSUED as to TIMOTHY BOSSIDY. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (dmr3) (Entered: 03/10/2025) |
| 03/16/2025 | Ï 4 | WAIVER OF SERVICE Returned Executed by BLOC DISPENSARY LLC. TIMOTHY BOSSIDY waiver sent on 3/11/2025, answer due 5/12/2025. (LITT, MATTHEW) (Main Document 4 replaced on 3/17/2025) (jal, ). (Entered: 03/16/2025) |
| 03/16/2025 | Ï 5 | Corporate Disclosure Statement by BLOC DISPENSARY LLC. (LITT, MATTHEW) (Entered: 03/16/2025) |
| 03/17/2025 | Ï | CLERK'S QUALITY CONTROL MESSAGE – The 4 WAIVER OF SERVICE filed by MATTHEW LITT on 3/6/2025 was uploaded prior to being flattened. Before uploading fillable forms to ECF you must flatten the file to prevent other users from manipulating or editing the information. The easiest way to flatten a PDF form is by selecting Print to PDF and saving the flattened form, other PDF software may differ. Please visit our website under Flattening PDF Forms for guidance. Please email a flattened version to ecfhelp@njd.uscourts.gov for replacement on the docket. (dmr3, ) (Entered: 03/17/2025) |
| 03/25/2025 | Ï 6 | Diversity Disclosure Statement by BLOC DISPENSARY LLC. (LITT, MATTHEW) (Entered: 03/25/2025) |
| 05/12/2025 | Ï 7 | NOTICE of Appearance by DIANE P. SULLIVAN on behalf of TIMOTHY BOSSIDY (SULLIVAN, DIANE) (Entered: 05/12/2025) |
| 05/12/2025 | Ï 8 | MOTION for Leave to Appear Pro Hac Vice *of Caroline H. Zalka* by TIMOTHY BOSSIDY. (Attachments: # 1 Certification of Diane P. Sullivan, # 2 Certification of Caroline H. Zalka, # 3 Statement in Lieu of Brief, # 4 Text of Proposed Order, # 5 Certificate of Service)(SULLIVAN, DIANE) (Entered: 05/12/2025) |
| 05/12/2025 | Ï 9 | Letter from Diane P. Sullivan. (Attachments: # 1 Exhibit A – Engagement Letter)(SULLIVAN, DIANE) (Entered: 05/12/2025) |
| 05/13/2025 | Ï | Set Deadlines as to 8 MOTION for Leave to Appear Pro Hac Vice *of Caroline H. Zalka*. Motion set for 6/16/2025 before Magistrate Judge J. Brendan Day. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an |

| | | |
|---|---|---|
| | | automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jal, ) (Entered: 05/13/2025) |
| 05/19/2025 | 10 | Letter from Matthew R. Litt re 9 Letter. (LITT, MATTHEW) (Entered: 05/19/2025) |
| 05/20/2025 | 11 | TEXT ORDER that the Court has reviewed the parties' pre–motion letters 9 , 10 , and hereby WAIVES the pre–motion conference. Defendant shall file his Motion to Transfer/Dismiss, limited to the arguments set forth in his pre–motion letter, by no later than 06/13/2025, to be made returnable 07/07/2025. So Ordered by Judge Zahid N. Quraishi on 05/20/2025. (Gonzalez, P) (Entered: 05/20/2025) |
| 06/13/2025 | 12 | MOTION to Transfer Case to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a) by TIMOTHY BOSSIDY. (Attachments: # 1 Memorandum of Law in Support, # 2 Declaration of Diane P. Sullivan, # 3 Exhibit 1 – Engagement Letter, # 4 Exhibit 2 – Forbearance Agreement, # 5 Text of Proposed Order, # 6 Certificate of Service)(SULLIVAN, DIANE) (Entered: 06/13/2025) |
| 06/13/2025 | 13 | MOTION to Dismiss *Plaintiff's Complaint* by TIMOTHY BOSSIDY. (Attachments: # 1 Memorandum of Law in Support, # 2 Declaration of Diane P. Sullivan, # 3 Exhibit A – Forbearance Agreement, # 4 Text of Proposed Order, # 5 Certificate of Service)(SULLIVAN, DIANE) (Entered: 06/13/2025) |
| 06/16/2025 | Ï | Set Deadlines as to 13 MOTION to Dismiss *Plaintiff's Complaint*. Motion set for 7/21/2025 before Judge Zahid N. Quraishi. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr3) (Entered: 06/16/2025) |
| 06/16/2025 | Ï | Set Deadlines as to 12 MOTION to Transfer Case to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a) . Motion set for 7/7/2025 before Judge Zahid N. Quraishi. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mlh) (Entered: 06/16/2025) |
| 06/17/2025 | Ï | Reset Deadlines as to 13 MOTION to Dismiss *Plaintiff's Complaint*. Motion set for 7/7/2025 before Judge Zahid N. Quraishi. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dmr3) (Entered: 06/17/2025) |
| 06/30/2025 | 14 | Letter from Diane P. Sullivan re 12 MOTION to Transfer Case to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a) . (SULLIVAN, DIANE) (Entered: 06/30/2025) |
| 07/01/2025 | 15 | ORDER granting 12 Motion to Transfer Case to United States District Court for the Central District of California ***CIVIL CASE TERMINATED. Signed by Judge Zahid N. Quraishi on 7/1/2025. (mlh) (Entered: 07/01/2025) |