1 | DAVID R. SINGH (Bar No. 300840)
2 | david.singh@weil.com
  | WEIL, GOTSHAL & MANGES LLP
3 | 201 Redwood Shores Parkway, 4th Floor
4 | Redwood Shores, CA  94065
  | Telephone: (650) 802-3000
5 | Facsimile: (650) 802-3100

6 | Attorney for Defendant TIMOTHY BOSSIDY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BLOC DISPENSARY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY,<br><br>Defendant. | Case No. 2:25-cv-06457-MCS-MAR<br><br>**DECLARATION OF DAVID R. SINGH IN SUPPORT OF DEFENDANT TIMOTHY BOSSIDY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:       September 15, 2025<br>Time:       9:00 a.m.<br>Judge:      Honorable Mark C. Scarsi<br>Courtroom: 7C |

I, David R. Singh, declare as follows:

1. I am a member in good standing of the Bar of the State of California. I am a Partner at the law firm of Weil, Gotshal & Manges LLP, counsel for Defendant Timothy Bossidy in this action.

2. I submit this Declaration in support of Defendant Timothy Bossidy's Memorandum of Points and Authorities in Support of His Motion to Dismiss (ECF No. 29). I have personal knowledge of the matters stated herein, and, if called as a witness, I could and would competently testify thereto.

3. Attached as **Exhibit A** is a true and correct copy of the Forbearance Agreement executed by and among Bloc Dispensary LLC (f/k/a JG New Jersey LLC) and its affiliate entities, Jon Loevy and Michael Kanovitz, and AFC Agent LLC, dated March 6, 2024.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and that this Declaration was executed on August 12, 2025 at Redwood Shores, California.

*/s/ David R. Singh*
DAVID R. SINGH