DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

CAROLINE ZALKA (*pro hac vice* forthcoming)
caroline.zalka@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant TIMOTHY BOSSIDY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BLOC DISPENSARY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BOSSIDY,<br><br>Defendant. | Case No. 2:25-cv-06457-MCS-MAR<br><br>**DEFENDANT TIMOTHY BOSSIDY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:      September 15, 2025<br>Time:      9:00 a.m.<br>Judge:     Honorable Mark C. Scarsi<br>Courtroom: 7C |

1. Pursuant to Federal Rules of Evidence 201, Defendant Timothy Bossidy respectfully requests that the Court take judicial notice and/or consider the following document attached to the Declaration of David R. Singh (the "Singh Declaration"), which is being filed in support of Defendant Timothy Bossidy's Memorandum of Points and Authorities in Support of His Motion to Dismiss (ECF No. 29) (the "Motion to Dismiss").

1. Exhibit A to the Singh Declaration is a true and correct copy of the Forbearance Agreement executed by and among Bloc Dispensary LLC (f/k/a/ JG New Jersey LLC) and its affiliate entities, Jon Loevy and Michael Kanovitz, and AFC Agent LLC, dated March 6, 2024.

## **LEGAL DISCUSSION**

The document discussed herein is properly considered in connection with Defendant's Motion to Dismiss under Federal Rule of Evidence 201, which permits the Court to consider information subject to judicial notice. "A court may… consider certain materials—documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). Under Federal Rule of Evidence 201(b), "a court may take judicial notice of facts not subject to reasonable dispute because they (1) are generally known within the court's territorial jurisdiction, or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *McCool v. Wilson*, 2020 WL 7223252, at *4 (C.D. Cal. Oct. 28, 2020) (granting judicial notice of an LLC Agreement in part because its contents "are central to claims asserted by Plaintiffs"); Fed. R. Evid. 201(b).

"Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *Ritchie*, 342 F. 3d at 908. A court may also consider evidence on which the complaint "necessarily relies" if "no party questions

the authenticity of the copy attached to the 12(b)(6) motion." *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006) (citations omitted).

Exhibit A, submitted by Defendant Timothy Bossidy in support of the Motion to Dismiss, is properly subject to judicial notice. There are repeated references to the Forbearance Agreement throughout the Complaint and therefore, the Complaint incorporates it by reference. *See* ECF No. 1, ¶¶ 2, 6, 34. Moreover, no party questions its authenticity. As such, this Court should consider this document when ruling on the Motion to Dismiss. *See* Fed. R. Evid. 201(c)(2) (stating a court "must take judicial notice if a party requests it and the court is supplied with the necessary information").

Accordingly, Defendant Timothy Bossidy respectfully requests that the Court take judicial notice of Exhibit A attached to the Singh Declaration, which has been filed in support of the Motion to Dismiss.

Dated: August 12, 2025

Respectfully submitted,

**WEIL, GOTSHAL & MANGES LLP**

By:  */s/ David R. Singh*
 DAVID R. SINGH

DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

CAROLINE H. ZALKA (*pro hac vice* forthcoming)
767 Fifth Avenue
New York, New York 10153
Tel. (212) 310-8000
Fax: (212) 310-8007
caroline.zalka@weil.com

Attorneys for Defendant TIMOTHY BOSSIDY