1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                     WESTERN DIVISION
11

| | |
|---|---|
| BLOC DISPENSARY, LLC, | Case No. 2:25-cv-06457-MCS-MAR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT TIMOTHY BOSSIDY'S MOTION TO DISMISS** |
| v. | |
| TIMOTHY BOSSIDY, | Date:  September 15, 2025<br>Time:  9:00 a.m. |
| Defendant. | Dept.: Courtroom 7C<br>Judge: Honorable Mark C. Scarsi |

1  Defendant Timothy Bossidy's Motion to Dismiss for Failure to State a Claim came
2  before this Court for hearing on September 15, 2025. Having considered the papers and
3  arguments of counsel submitted in connection with Mr. Bossidy's Motion to Dismiss, and
4  finding good cause appearing, the Court hereby GRANTS the Motion as follows:

5  (1) Defendant Timothy Bossidy's Motion to Dismiss is GRANTED and
6  Plaintiff's Complaint is DISMISSED, with prejudice.

**IT IS SO ORDERED.**

Dated:_____      _____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE