# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOC DISPENSARY LLC <br><br> Plaintiff(s), <br><br> v. <br><br> TIMOTHY BOSSIDY <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:25–cv–06457–MCS–MAR <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    8/12/2025   

Document No.:    29   

Title of Document:    RE Motion to dismiss by defendant TIMOTHY BOSSIDY   

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 no notice of interested parties.

Other:

**Note:**   In response to this notice, the Court may: 1) **order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  August 13, 2025              By:   /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*   
                                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS