# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOC DISPENSARY LLC<br><br>Plaintiff(s),<br><br>v.<br><br>TIMOTHY BOSSIDY<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−06457−MCS−MAR<br><br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 8/12/2025 | 29 | Motion to dismiss by defendant TIMOTHY BOSSIDY |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

    A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: August 14, 2025         /s/ *Mark C. Scarsi*
                                             United States District Judge