NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ATTORNEY(S) FOR: Timothy Bossidy

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BLOC DISPENSARY, LLC

Plaintiff(s),

v.

TIMOTHY BOSSIDY

Defendant(s)

CASE NUMBER:

2:25-cv-06457-MCS-MAR

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Timothy Bossidy _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Timothy Bossidy | Defendant |
| SierraConstellation Partners | Defendant's Employer |
| Axis Surplus Insurance Company | Insurance Carrier for SierraConstellation Partners |
| Berkley Regional Insurance Company | Insurance Carrier for SierraConstellation Partners |
| Bloc Dispensary, LLC | Plaintiff |
| JG HoldCo LLC | Parent Corporation of the Plaintiff |
| Texas Insurance Company | Insurance Carrier for JG HoldCo LLC |

August 18, 2025
Date

/s/ David R. Singh
Signature

Attorney of record for (or name of party appearing in pro per):

Timothy Bossidy

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES